

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00311-CV

Gerardo **LASCANO**,
Appellant

v.

**HUSER CONSTRUCTION COMPANY**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12406B
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's reply brief is due on October 30, 2014. *See* TEX. R. APP. P. 38.6(c). On October 17, 2014, Appellant filed an unopposed first motion for an extension of time to file the reply brief until December 1, 2014.

Appellant's motion is GRANTED. Appellant's reply brief must be filed in this court no later than December 1, 2014. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

We caution Appellant that this court may consider and decide this appeal before Appellant files his reply brief. *See id.* R. 38.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court